

**95 So.2d 807**

**Idella ABERNATHY**

v.

**STATE.**

**7 Div. 350.**

Supreme Court of Alabama.

Feb. 21, 1957.

Rehearing Denied June 20, 1957.

John Tucker, Jr., Birmingham, Hayden Rector, Mobile, and H. R. Burnham, Anniston, for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Idella Abernathy for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Abernathy v. State, 95 So.2d 807.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.

**95 So.2d 808**

**Idella ABERNATHY**

v.

**STATE.**

**7 Div. 351.**

Supreme Court of Alabama.

Feb. 2, 1957.

Rehearing Denied June 20, 1957.

John Tucker, Jr., Birmingham, Hayden Rector, Mobile, and H. R. Burnham, Anniston for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Idella Abernathy for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Abernathy v. State, 95 So.2d 807.

Writ denied.

SIMPSON, GOODWYN and COLEMAN, JJ., concur.

**96 So.2d 178**

**Paul M. BEDDOW**

v.

**STATE.**

**6 Div. 136.**

Supreme Court of Alabama.

April 25, 1957.

Rehearing Denied June 27, 1957.

J. Edmund Odum, Birmingham, for petitioner.

John Patterson, Atty. Gen., and Edmon L. Rinehart, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Paul M. Beddow for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Beddow v. State, 96 So.2d 175.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.